## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Zakiyah Ruffin Yashayahu

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 4:25-cv-521 RH/MJF
*(To be filled in by the Clerk's Office)*

v.

Housing Urban Development (HUD)

_____,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

_____/

**Jury Trial Requested?**
☐ YES   ☑ NO

FILED USDC FLND TL
DEC 17 '25 PM 12:14

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

   1. Plaintiff's Name: _Zakviah Ruffin Yashuyuhii_

      Address: _1001 Calloway St._

      City, State, and Zip Code: _Tallahassee FL 32304_

      Telephone: _863-217-1278_ *(Home)* _____ *(Cell)*

   2. Plaintiff's Name: _____

      Address: _____

      _____

      City, State, and Zip Code: _____

      Telephone: _____ *(Home)* _____ *(Cell)*

      *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Housing Urban Development_

Official Position: _Agency_

Employed at: _2940 Grady Rd._

Mailing Address: _Tallahassee FL 32304_

_____

☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

2. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity        ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

□ Federal Officials (*Bivens case*)      □ State/Local Officials (*§ 1983 case*)

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum*.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

ADA Complaint

HUD failed to provide reasonable accommodations to a disabled Section 8 participant by allowing displacement from an assisted HAP unit despite an active HAP contract, payments,

**Factual Allegations, Continued** *(Page ___ of ___)*

and a records Notice of lis Pendens on same property 1001 Calloway St. Tallahassee Fl 32304. Hud defferred responsibility- failed to pause enforcement, and proposed relocation instead of correction, correcting the wrongful displacement tied to the existing HAP contract This failure directly caused housing instability and disability-related harm.

I did not sign or consent to termination, relocation or substitute housing

My Personal property is still in the House, Rules on the house is paid this month.

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

Fair Housing Act (Hud)
Florida Tenant laws 83.67

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

The relief sought is immediate correction and restoration of housing to 1001 Calloway St. (Non-monetary)
Injunctive Relief overturn illegal eviction and reentry to home.

## VI.  CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _12/17/2025_ Plaintiff's Signature: _____

Printed Name of Plaintiff: _Lakuyah Ruffin_

Address: _1001 Calloway St._

_Tallahassee FL._

E-Mail Address: _Lakuyhruffin@gmail.com_

Telephone Number: _863-212-1278_

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*