**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


ZAKIYAH RUFFIN YASHAYAHU,

      Plaintiff,

v.                                                        CASE NO. 4:25cv521-RH-MJF

HOUSING URBAN DEVELOPMENT,

      Defendant.

_____/


**ORDER OF DISMISSAL**


This case is before the court on the magistrate judge's report and

recommendation, ECF No. 8. No objections have been filed. The plaintiff has

failed to keep the court advised of his address and may not have received the report

and recommendation or one of the prior orders. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's

opinion. The clerk must enter judgment stating, "This case is dismissed without

prejudice." The clerk must close the file.

SO ORDERED on April 27, 2026.

s/Robert L. Hinkle
United States District Judge